```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

STEVEN PRICE,

                    Defendant.

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter on **April 16, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 29, 2024
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge