UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

STEVEN PRICE,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/09/2024

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for April 16, 2024, is ADJOURNED to **May 7, 2024**, at **3:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge