UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN PRICE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/07/2024

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for May 7, 2024, is ADJOURNED *sine die*. By **May 10, 2024**, Defendant shall file a letter providing a status update as to his pending criminal matters.

    SO ORDERED.

Dated: May 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge