USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN PRICE,

                Defendant.

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference on **May 21, 2024**, at **2:00 p.m.**, in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge