```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/28/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVEN M. PRICE,

Defendant.

24 Cr. 106 (AT)

**ORDER**

WHEREAS, on or about March 28, 2024, the defendant, Steven M. Price, was presented before Magistrate Judge James L. Cott on alleged violations of the terms of his supervised release (the "VOSR");

WHEREAS, Judge Cott released the defendant pending a hearing on his VOSR under certain conditions, including that he reside at the nonprofit Ready Willing & Able as soon as this institution could accept him;

WHEREAS, the specifications in this VOSR allege that the defendant failed a drug test on or about April 3, 2024;

WHEREAS, as of May 21, 2024, the defendant had not been admitted to Ready Willing & Able; and

WHEREAS, at a May 21, 2024 conference, the Government sought a modification of the conditions of the defendant's release, namely, that the Court direct the defendant to attend inpatient treatment.

NOW THEREFORE, IT IS HEREBY ORDERED that the defendant, Steven M. Price, participate in and successfully complete inpatient drug treatment at a facility or institution

designated by the Probation Department.

SO ORDERED.

Dated: May 28, 2024
       New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE