UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

STEVEN PRICE,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/13/2024

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for June 18, 2024, at 3:00 p.m. is ADJOURNED to **June 25, 2024**, at **3:00 p.m.** in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge