

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  _06/24/2024_
```

New York, New York 10278

June 21, 2024

**By ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Rm. 15D
New York, NY 10007

      Re: *United States v. Steven Price,* 24 Cr. 106 (AT)

Dear Judge Torres:

      The Government respectfully writes to provide a status update to the Court and, with the consent of the defendant and the United States Probation Office, to request an adjournment of the June 25, 2024 status conference in this case. On or about May 17, 2024, Probation filed an amended report alleging that the defendant committed certain violations of his supervised release. Those specifications remain pending.

      On May 21, 2024, this Court ordered that the defendant attend inpatient treatment as a condition of his supervised release. As a result, on May 29, 2024, the defendant completed intake for such treatment with a designated facility. Probation and the defendant then agreed that the defendant would admit himself to the facility on June 13, 2024.

      The defendant, however, did not admit himself because, on June 13, 2024, the defendant was arrested by state authorities in connection with his possession of a controlled substance and charged with a violation of New York Penal Law Section 220.03, criminal possession of a controlled substance in the seventh degree, a class A misdemeanor. On June 18, 2024, five days after his state arrest, the defendant was admitted to the designated inpatient treatment facility.

      The parties and Probation respectfully request that, despite the defendant's June 13, 2024 arrest, the upcoming status conference be adjourned for approximately twenty-five days in order to allow the defendant to adjust to and participate in the inpatient treatment program.

      If the proposed adjournment is acceptable to the Court, the parties will contact Chambers for the Court's availability for the week of July 15, 2024.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                    By:   s/ Daniel Roque
                          Daniel K. Roque
                          Special Assistant United States Attorney
                          (212) 637-1946

GRANTED.  The status conference scheduled for June 25, 2024, is ADJOURNED to **July 15, 2024**, at **3:20 p.m.**  The parties shall provide the Court with a status update by **July 9, 2024**.

SO ORDERED.

Dated: June 24, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge