```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

STEVEN PRICE,

                     Defendant.

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for July 15, 2024, is ADJOURNED to **September 17, 2024**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **September 9, 2024**, the parties shall file a joint status update.

    SO ORDERED.

Dated: July 9, 2024
       New York, New York

                                                    ANALISA TORRES
                                       United States District Judge