```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

STEVEN PRICE,

                    Defendant.

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for September 17, 2024, at 2:30 p.m. is rescheduled to **September 3, 2024**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **August 26, 2024**, the parties shall file a joint status update.

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge