UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN PRICE,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for October 7, 2024, is ADJOURNED to **October 10, 2024**, at **11:00 a.m.**

    SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge