USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN PRICE,

Defendant.

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for December 2, 2024, is ADJOURNED to **December 16, 2024**, at **10:00 a.m.** By **December 9, 2024**, the parties shall submit a joint status report.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge