```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

24 Cr. 106 (AT)

STEVEN PRICE,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    The status conference scheduled for December 16, 2024, is ADJOURNED to **December 20, 2024**, at **3:30 p.m.**

    SO ORDERED.

Dated: December 11, 2024
       New York, New York

ANALISA TORRES
United States District Judge