UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN PRICE,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2024

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for December 20, 2024, is ADJOURNED to **February 18, 2025**, at **1:00 p.m.**

    SO ORDERED.

Dated: December 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge