```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/11/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

24 Cr. 106 (AT)

STEVEN PRICE,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The status conference scheduled for February 18, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: February 11, 2025
New York, New York

ANALISA TORRES
United States District Judge