UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

STEVEN PRICE,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2025__

24 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court will hold a violation of supervised release conference on **April 28, 2025**, at **2:00 p.m.** By **April 14, 2025**, Defendant shall inform the Court whether he intends to admit to any specifications and, if so, whether he would like to proceed immediately to sentencing. If he does wish to proceed immediately to sentencing, Defendant shall file his sentencing submission by that same date, **April 14**, and the Government shall file its submission by **April 21.**

       SO ORDERED.

Dated: March 31, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge